**CLERK'S MINUTES**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough, United States Magistrate Judge

Lafler/Frye Hearing

| | | | |
|---|---|---|---|
| Case Number: | 21-CR-1510 KWR | UNITED STATES vs. MARQUEZ | |
| Hearing Date: | 5/21/2024 | Time In and Out: | 10:13 am – 10:22 am |
| Courtroom Deputy: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Christopher Marquez | Defendant's Counsel: | Brian Pori |
| AUSA: | Mark Probasco | Pretrial/Probation: | M. Pirkovic |
| Interpreter: | | Witness: | |

**Proceedings**

**Lafler/Frye**

| | |
|---|---|
| ☐ | Court finds defense counsel shared the plea offer with Defendant |
| ☐ | Court confirms that Defendant understands the offer, that Defendant discussed the offer with counsel, and that Defendant rejected the plea offer |
| ☐ | Court finds Defendant knowingly and voluntarily rejected plea offer |
| ☐ | A copy of the plea offer is attached to these minutes as a sealed exhibit |

**Custody Status**

| | | |
|---|---|---|
| ☒ | Defendant to remain in custody | |
| ☐ | Conditions | |

**Other Ruling**

| | |
|---|---|
| ☒ | Hearing continued until 5/22/24 at 9:30 am |